IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSHUA WOODS, | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. 1:22-CV-00078 |
| THE HILLSHIRE BRANDS COMPANY AND TYSON FOODS, INC., | § § § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendants.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion for Entry of Agreed Order of Dismissal. [Dkt. 19]. The Parties advise the Court that they have compromised and settled this matter and are now seeking a dismissal with prejudice as to all claims herein. After considering the Parties' joint motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 4th day of April, 2023.

_____
Michael J. Truncale
United States District Judge